DOC NO
REC'D/FILED
2021 APR 14 PM 3: 14
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEON BROWN and<br>CORTEZ THURMOND,<br><br>Defendants. | INDICTMENT<br><br>Case No. 21 CR 039 JDP<br><br>18 U.S.C. § 1951<br>18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## COUNT 1

1. At times material to this indictment, Alpha Red Studio, 1425 Wisconsin Dells Parkway, Lake Delton, Wisconsin, was a business located in the Western District of Wisconsin, which engaged in interstate commerce and obtained inventory and products originating outside the State of Wisconsin.

2. On or about July 28, 2020, in the Western District of Wisconsin, the defendants,

DEON BROWN and
CORTEZ THURMOND,

knowingly obstructed, delayed, and affected interstate commerce and the movement of articles and commodities in interstate commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants unlawfully took and obtained personal property, namely cash, of Alpha Red Studio in the presence of employees and against their will by means of actual and threatened force, violence, and

fear of immediate injury to their persons, that is, the defendants brandished a dangerous weapon at the employees and demanded money from them.

(In violation of Title 18, United States Code, Sections 1951 and 2).

## COUNT 2

1. At times material to this indictment, Gifts of the World, 923 Wisconsin Dells Parkway, Lake Delton, Wisconsin, was a business located in the Western District of Wisconsin, which engaged in interstate commerce and obtained inventory and products originating outside the State of Wisconsin.

2. On or about July 28, 2020, in the Western District of Wisconsin, the defendants,

DEON BROWN and
CORTEZ THURMOND,

knowingly obstructed, delayed, and affected interstate commerce and the movement of articles and commodities in interstate commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants unlawfully took and obtained personal property, namely cash, of Gifts of the World in the presence of employees and customers and against their will by means of actual and threatened force, violence, and fear of immediate injury to their persons, that is, the defendants brandished a dangerous weapon at the employees and customers and demanded money from them.

(In violation of Title 18, United States Code, Sections 1951 and 2).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 04/14/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney